**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey TARRATS, a/k/a Skip, a/k/a Ozzy, Defendant–Appellant.**

No. 15–6398.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2015.

Decided: July 29, 2015.

Jeffrey Tarrats, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Tarrats appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Tarrats*, No. 2:04–cr–00016–RAJ–JEB–7 (E.D. Va. June 18, 2015; filed Feb. 27, 2015, entered Feb. 28, 2015); *see also United States v. Mann*, 709 F.3d 301, 304–05 (4th Cir.2013) (according deference to a district court's interpretation of its own judgment). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*